476 P.2d 505

The STATE of New Mexico, ex rel. David R. SIERRA, Director, Department of Alcoholic Beverage Control, Petitioner,

v.

The Honorable Samuel Z. MONTOYA, District Judge, First Judicial District, Santa Fe County, New Mexico and David H. Hoch, d/b/a Dale's Liquor Store, Respondents.

No. 9157.

Supreme Court of New Mexico.

Nov. 23, 1970.

Original Prohibition Proceeding

COMPTON, Chief Justice, and TACKETT and SISK, Justices concurring; WATSON and McKENNA, Justices, being absent and not participating.

Ordered that the alternative writ of prohibition heretofore issued herein on November 5, 1970, be and the same is hereby discharged.

476 P.2d 505

Gene B. BAKER, Petitioner,

v.

The Honorable James M. SCARBOROUGH, District Judge, Santa Fe County, New Mexico, Respondent.

No. 9166.

Supreme Court of New Mexico.

Nov. 23, 1970.

Original Prohibition Proceeding

Ordered that the proceedings herein be and the same are hereby dismissed.